UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 14-24529-CIV-MARTINEZ-LYNCH**

ADRIENNE BOWMAN,                                  :
Individually,                                     :
                                                  :
          Plaintiff,                              :
v.                                                :
                                                  :
255 INVESTMENT CORP., a Florida                   :
for Profit Corporation, LA FRONTERA SRS,          :
INC., d/b/a LA FRONTERA MARKET,                   :
                                                  :
          Defendant(s).                           :
_____ /

## NOTICE OF SETTLEMENT

The Plaintiff, ADRIENNE BOWMAN, and the Defendants, 255 INVESTMENT CORP.,

and LA FRONTERA SRS, INC., d/b/a LA FRONTERA MARKET,  (collectively the "Parties"),

hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties

are in the process of preparing and executing settlement documents, and they anticipate filing a

Stipulation For Dismissal, to properly dispose of this action.

In view of the Parties settlement, the Parties request up and until March 20, 2015 to file all

necessary motions or stipulations to have the Court retain jurisdiction over the Parties settlement

agreement, and dismiss this cause of action.

Date: February 19, 2015                    By: /s/ Camilo F. Ortega
                                           Camilo F. Ortega, Esq.,
                                           (Florida Bar No: 75387)
                                           Of Counsel to the Law Offices of
                                           Thomas B. Bacon Law
                                           **THE LAW CENTER**

1

1888 NW 7 Street
Miami, FL 33125
Phone: (786)-452-9709
Fax: (305)-643-3334
E-Mail: camilo@thomasbaconlaw.com
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 20th day of February, 2015, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system. I Further certify that the foregoing document is being served on all *pro se* Defendants identified on the attached service list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsels or parties who are not authorized to receive electronic Notice of Filing.

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.

## SERVICE LIST
### Case Number: 14-24529-CIV-MARTINEZ-LYNCH

**Served *via* CM/ECF**
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 SW 103rd Ave
Cooper City, Florida 33328
Telephone: (954) 478-7811
Facsimile: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com
Counsel for the Plaintiff

**Served *via* CM/ECF**
Matt Weinstein
Matt Weinstein, P.A.,
10723 Southwest 104th Street
Miami, Florida 33176
Telephone: (305) 670-5200
Fax: (305) 671-0467
E-Mail: MattLaw@Yahoo.com
Counsel for the Defendants

2