UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  14-24529-CIV-MARTINEZ-GOODMAN**

ADRIENNE BOWMAN, individually,

    Plaintiff,

vs.

255 INVESTMENT CORP., a Florida for profit
corporation, LA FRONTERA SRS, INC., d/b/a
LA FRONTERA MARKET,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties's Stipulated Voluntary Dismissal With Prejudice [ECF No. 16]. It is:

**ADJUDGED** that this action is DISMISSED WITH PREJUDICE with the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of April, 2015.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record